UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| KATIE FOREMAN, individually and on behalf of her minor child Parker Foreman,<br><br>  Plaintiff,<br><br>vs.<br><br>SHANNON V. COUVREUR, M.D., CARROLLTON OBSTETRICS & GYNECOLOGY, LLC and TANNER MEDICAL CENTER, INC.,<br><br>  Defendants. | CIVIL ACTION FILE<br><br>NO. 3:14-cv-197-TCB |

## J U D G M E N T

This action having come before the court, Honorable Timothy C. Batten, Sr. United States District Judge, for consideration of defendants Shannon V. Couvreur, M.D., Carrollton Obstetrics and Gynecology, LLC and Tanner Medical Center, Inc. and the court having GRANTED said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is **DISMISSED** for lack of subject-matter jurisdiction.

Dated at Newnan, Georgia, this 30th day of July, 2015.

JAMES N. HATTEN
CLERK OF COURT

By: _/s/ Janice Micallef_
    Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  July 30, 2015
James N. Hatten
Clerk of Court
     _/s/ Janice Micallef_
By:_____
       Deputy Clerk